UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LAUREANO,<br><br>                  Plaintiff,<br><br>-against-<br><br>GMB RESTAURANT, INC., a New York corporation, d/b/a STEP IN, and PPC COMMERCIAL, LLC, a Delaware limited liability company,<br><br>                  Defendants. | Case No.:    1:22cv9213 (MKV) (SLC)<br><br>NOTICE OF APPEARANCE |

COUNSEL AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that THE LAW OFFICE OF HERIBERTO J. RODRIGUEZ, PLLC, by and through William H. Grae, Esq., an attorney admitted to practice before the Courts of the State of New York and the within Court, hereby appears in this action as counsel of record for defendant GMB RESTAURANT, INC.

Demand is respectfully made that all further notices, correspondence, Orders and other papers be directed to the undersigned by means of the Court's electronic case-filing system to the extent mandated and permitted by the Court's rules or otherwise by electronic means.

Dated: Bronx, NY
       February 23, 2023

                                          THE LAW OFFICES OF
                                          HERIBERTO J. RODRIGUEZ, PLLC
                                          By:
                                              William H. Grae, Esq.
                                          Attorneys for Defendants
                                          LA TINFORA GROCERY CORP, PASCUAL NUNEZ and MILTON NUNEZ
                                          1410 White Plains Rd
                                          Bronx, NY 10462
                                          (718) 792-7100 / (551) 305-2098 (Direct)

                                                (347) 810-5056 (Facsimile)
                                                WH@Grae.Law and Attorney@BX-NY.com

TO: **BY ECF ONLY**

B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
Attorneys for Plaintiff
JOHN LAUREANO
18305 Biscayne Blvd
Aventura, FL 33160
(305) 949-7777 / (305) 704-3877 (Facsimile)
(305) 772-3332 (Direct)